### RANDALL v. SHIELDS.

(Supreme Court, Appellate Division, First Department. February 20, 1903.)

1. DEFAULT—OPENING—COSTS.

 On opening the default of a defendant at trial after answer, he should be required to pay the trial fee, term fee, and witness fees, to be taxed, in addition to $10 costs of motion.

¶ 1. See Judgment, vol. 30, Cent. Dig. § 328.

Appeal from special term, New York county.

Action by Samuel H. Randall against Alexander Shields. From an order opening the default of the defendant at the trial, after answer, on payment of $10 costs, plaintiff appeals. Modified and affirmed.

Argued before VAN BRUNT, P. J., and McLAUGHLIN, O'BRIEN, INGRAHAM, and LAUGHLIN, JJ.

S. H. Randall, for appellant.

Lewis H. Freedman, for respondent.

PER CURIAM. The order appealed from should be modified by striking out the words "$10 costs," in the last paragraph of said order, and in lieu thereof inserting the words "trial fee, term fee, and witness fees, to be taxed by the clerk, and $10 costs of motion"; and, as thus modified, the order should be affirmed, without costs to either party on this appeal.